1  John Lynn Smith (SBN 154657)
   Email: jlsmith@reedsmith.com
2  Julia Butler (SBN 199133)
   Email: jbutler@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:   +1 415 543 8700
5  Facsimile:   +1 415 391 8269

6  Attorneys for
   Kinder Morgan Energy Partners, L.P.
7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 | Kinder Morgan Energy Partners, L.P., Movant,   | Case No.: 2:10-mc-0086 FCD DAD
13 | and                                             | **STIPULATION TO CONTINUE HEARING DATE ON MOTION TO QUASH SUBPOENA; ORDER THEREON**
14 | Orange County Water District, Respondent
15 | [Motion to Quash Subpoena]

16      WHEREAS, on August 27, 2010, Kinder Morgan Energy Partners, L.P. filed a motion to
17 quash a subpoena issued by the Orange County Water District for the production of documents and
18 deposition testimony;
19

20      WHEREAS, on September 13, 2010, this Court issued an order denying Movant Kinder
21 Morgan Energy Partners, L.P.'s Ex Parte Application to Shorten the Time for Hearing its Motion to
22 Quash ("Order");
23

24      WHEREAS, the Order provided for the parties to meet and confer pursuant to Local Rule
25 251(b);
26

27

28

- 1 -
STIPULATION TO CONTINUE HEARING DATE ON MOTION TO QUASH

WHEREAS, on September 13, 2010, OCWD's counsel sent a letter to Kinder Morgan's counsel to meet and confer about the motion to quash.

WHEREAS, in response, on September 16, 2010, Kinder Morgan's counsel sent a letter to OCWD's counsel.

WHEREAS, subsequent to the filing of the Orange County Water District's Opposition to Kinder Morgan's Motion to Quash the Subpoena on September 24, 2010, the parties have been trying in good faith to schedule a time to meet and confer in accordance with Local Rule 251(b);

WHEREAS counsel for both parties have been out of the office ill at different times over the past week and have thus been unable to complete the meet and confer, therefore counsel have been unable to file a Joint Statement re Discovery Disagreement by seven days prior to the Hearing Date as required by Local Rule 251(a);

WHEREAS counsel for both parties are scheduled to complete the meet and confer by telephone conference on Tuesday, October 5, 2010;

WHEREAS counsel for both parties will thereafter prepare and file any necessary paperwork pursuant to Local Rule 251(c);

WHEREAS, the parties agreed to continue the Hearing Date by one week from October 8, 2010 to October 15, 2010 or to another date convenient to the Court;

///

///

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO QUASH

THEREFORE, IT IS HEREBY STIPULATED by and among Movant Kinder Morgan Energy Partners, L.P. and Respondent Orange County Water District that the hearing date on Kinder Morgan's Motion to Quash be continued from October 8, 2010 to October 15, 2010 or to another date convenient to the Court.

Respectfully submitted,

DATED: October 1, 2010         REED SMITH LLP

By____/s/ Julia C. Butler_____
John Lynn Smith
Julia Butler
Attorneys for Kinder Morgan Energy Partners, L.P.

DATED: October 1, 2010   MILLER, AXLINE & SAWYER

By____/s/ Tracey O'Reilly_____
Tracey L. O'Reilly
Attorneys for Orange County Water District

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO QUASH

## ORDER

Pursuant to Stipulation, it is ORDERED that the hearing on Kinder Morgan Energy Partners, L.P.'s Motion to Quash (Doc. No. 1) is continued from October 8, 2010 to October 29, 2010 at 10:00 a.m. in Courtroom 27.

Dated: October 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/orangecounty0086.stip.cont.hrg

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO QUASH