IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | |
| ORANGE COUNTY WATER DISTRICT,<br><br>          Plaintiff,<br><br>     v.<br><br>UNOCAL CORPORATION, et al.,<br><br>          Defendants. | 2:10-mc-0086 FCD DAD |
| KINDER MORGAN ENERGY PARTNERS, L.P., et al.,<br><br>          Movant. | ORDER GRANTING NON-PARTY KINDER MORGAN ENERGY PARTNERS, L.P.'S MOTION TO QUASH SUBPOENA |

   This matter came before the court on October 29, 2010, for hearing on non-party Kinder Morgan Energy Partners, L.P.'s motion to quash a subpoena and request for sanctions. The subpoena was served on August 24, 2010, by Orange County Water District, the plaintiff in underlying litigation in the United States District Court for the Southern District of New York, Orange County Water District v. Unocal Corp., et al., Case No. 04 Civ. 4968 (SAS), which is

1

part of multi-district litigation In re:  Methyl Tertiary Butyl Ether Prod. Liability Litig., MDL No. 1358 (SAS).  Julia C. Butler, Esq. appeared for the non-party movant.  Evan Eickmeyer, Esq. appeared for plaintiff Orange County Water District.

Federal Rule of Civil Procedure 45(a)(2)(B) requires that a subpoena for attendance at a deposition be issued from the court for the district where the deposition is to be taken.  Rule 45(a)(2)(C) requires that a subpoena for production or inspection, if separate from a subpoena commanding a person's attendance, be issued from the court for the district where the production or inspection is to be made.  The subpoena at issue requires the non-party to attend a deposition and produce documents in Fountain Valley, California.  It is undisputed that Fountain Valley is located in Orange County, which is in the judicial district known as the Central District of California.  See 28 U.S.C. § 84(c).

For the reasons set forth more fully on the record, IT IS ORDERED that:

1. Non-party Kinder Morgan Energy Partners, L.P.'s motion (Doc. No. 1) to quash the subpoena served by plaintiff Orange County Water District on August 24, 2010, is granted on the ground that the subpoena was issued from the United States District Court for the Eastern District of California in violation of Federal Rule of Civil Procedure 45(a)(2); and

2. Non-party movant's request for sanctions is denied at this time.

DATED: October 29, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\orangecounty0086.oah102910.mtq.gr